UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA RAE POURIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:18-cv-04536-RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REASSIGN RELATED CASE TO JUDGE SEEBORG |

Pursuant to Local Rules 3-12 and 7-11, the United States, defendant, and Reza Rae Pourian, plaintiff, stipulate that the Court should decide that the above-captioned case is related to *Jessica Pourian v. United States*, Case No. 3:18-cv-4537-SK and should reassign the latter, higher-numbered case to Judge Richard Seeborg. This stipulation is filed in support of the Administrative Motion to Consider Whether Cases Should Be Related filed herewith A proposed order is appended hereto.

Specifically, the parties stipulate that, as required by Local Rule 3-12:

    1. <u>The two actions concern substantially the same parties, property, transaction, or event</u>. Both actions are federal income tax refund suits in which the claimants are members of the same limited liability company, Pourian Family LLC; both actions concern the same substantive tax issue—whether certain income that Pourian Family LLC received from Plastikon Industries was a non-taxable distribution or a taxable dividend; and both actions

1

STIPULATION No. 3:18-04536-RS

16912587.1

concern the same procedural tax issue—whether the administrative refund claims were complete and timely filed with the Internal Revenue Service.

2. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. The interests and issues in both cases are substantially the same, and the same counsel have appeared for the parties in both cases.

DATED this 5th day of September, 2018.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ W. Carl Hankla*
**W. CARL HANKLA**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
Telephone: (202) 307-6448
w.carl.hankla@usdoj.gov
*Attorneys for United States*

SIDEMAN & BANCROFT LLP

*/s/ Jay R. Weill*
**JAY R. WEILL**
One Embarcadero Center, 22d Floor
San Francisco, CA 94111
(415) 392-1960
jweill@sideman.com
*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Clerk shall reassign *Jessica Pourian v. United States*, Case No. 3:18-cv-04537-SK, to Judge Richard Seeborg, who presides over the above-captioned, lower-numbered related case.

DATE: 9/5/18

_____
**RICHARD SEEBORG**
U.S. District Judge