RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

**AMY MATCHISON (CABN 217022)**
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6422
Facsimile: (202) 307-0054
Email: Amy.T.Matchison@usdoj.gov
　　　　Western.Taxcivil@usdoj.gov

DAVID L. ANDERSON
United States Attorney
*Of Counsel*

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA RAE POURIAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:18-cv-04536-RS<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT |

Plaintiff Reza Rae Pourian and Defendant the United States of America, through their respective undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for a continuance of the case management conference currently set for September 26, 2019, and of the pretrial motion deadline.

1. Plaintiff Reza Rae Pourian filed his Complaint in this matter on July 26, 2018, seeking a refund of $134,529, plus interest, based on an alleged overpayment of federal income tax for tax year 2011. (Docket No. 1).

2. The United States timely answered on October 2, 2018, and filed an Amended Answer on May 30, 2019. (Docket Nos. 13, 29).

3. The Court conducted an initial case management conference on November 15, 2018. Subsequently, the Court issued its Case Management Scheduling Order which set a Further Case Management Conference for June 20, 2019, at 10:00 a.m. (Docket No. 25). That date was continued to August 22, 2019, at 10:00 a.m., per the stipulation of the parties and the Court's approval. (Docket Nos. 27, 28). That date was further continued to September 26, 2019, at 10:00 a.m., per the stipulation of the parties and the Court's Order. (Docket Nos. 31, 32). In addition to continuing the case management conference, the Court also allowed the parties more time for non-expert discovery and continued the date by which pretrial motions must be heard to November 14, 2019. (Docket No. 32).

4. Since the Court's Order, the parties have been engaged in informal discovery and have been exploring resolution of the matter absent further involvement from the Court.

5. To allow the parties additional time to pursue resolution discussions, the parties seek to continue the Further Case Management Conference currently set for September 26, 2019, to November 21, 2019.

6. The parties also request that the date for pretrial motions to be heard be continued to December 19, 2019.

7. This is the parties' third stipulation for a continuance of the Further Case Management Conference and second stipulation for a continuance of the pretrial motion deadline. No further continuances will be granted absent a showing of good cause.

| | |
|---|---|
| 1 | Dated this 16th day of September, 2019 |
| 2 | RICHARD E. ZUCKERMAN |
| | Principal Deputy Assistant Attorney General |

Dated this 16th day of September, 2019

                                                                                  */s/ Amy Matchison*
                                                                                  AMY MATCHISON (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

*Attorneys for UNITED STATES OF AMERICA*

Dated this 16th day of September, 2019

SIDEMAN & BANCROFT LLP

By:   */s/ Jay R. Weill*
       Jay R. Weill
       Travis W. Thompson

*Attorneys for REZA RAE POURIAN*   #

                        #

STIPULATION AND [PROPOSED]
ORDER No. 3:18-04536-RS          3

1     IT IS SO ORDERED.

Dated this 16th day of September, 2019

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED]
ORDER No. 3:18-04536-RS     4