JON FELDHAMMER (SBN 255031)
jon.feldhammer@bakerbotts.com
BAKER BOTTS L.L.P.
101 California St.
Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

ATTORNEY FOR REZA RAE POURIAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA RAE POURIAN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: 3:18-cv-04536-RS<br>            3:18-cv-04537-RS<br>**STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT |

Plaintiff Reza Rae Pourian and Defendant the United States of America, through their respective undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for a continuance of the case management conference currently set for November 21, 2019, and of the pretrial motion deadline.

    1.    Plaintiff Reza Rae Pourian filed his Complaint in this matter on July 26, 2018, seeking a refund of $134,529, plus interest, based on an alleged overpayment of federal income tax for tax year 2011. (Docket No. 1).

    2.    The United States timely answered on October 2, 2018, and filed an Amended Answer on May 30, 2019. (Docket Nos. 16, 29).

    3.    The Court conducted an initial case management conference on November 15, 2018.

STIPULATION AND [PROPOSED]
ORDER No. 3:18-cv-04536-RS

1    Subsequently, the Court issued its Case Management Scheduling Order which set a Further Case
2    Management Conference for June 20, 2019, at 10:00 a.m. (Docket No. 25). That date was continued
3    to August 22, 2019, at 10:00 a.m., per the stipulation of the parties and the Court's approval. (Docket
4    Nos. 27, 28). That date was further continued to September 26, 2019, at 10:00 a.m., per the stipulation
5    of the parties and the Court's Order. (Docket Nos. 31, 32). In addition to continuing the case
6    management conference, the Court also allowed the parties more time for non- expert discovery and
7    continued the date by which pretrial motions must be heard to November 14, 2019. (Docket No. 32).
8    Per the stipulation of the parties, the Court again approved a continuance of the Further Case
9    Management Conference to November 21, 2019. (Docket Nos. 33, 34). The Court also continued the
10   date by which pretrial motions must be heard to December 19, 2019. (Docket No. 34)

11       4.    Since the Court's Order, the parties have been engaged in informal discovery and have
12   been exploring resolution of the matter absent further involvement from the Court. At this time, the
13   parties are close to resolving the case.

14       5.    To allow the parties additional time to pursue resolution discussions, the parties seek
15   to continue the Further Case Management Conference, currently set for November 21, 2019, for sixty
16   days. The Further Case Management Conference set for November 21, 2019 is continued to January 23, 2020 at 10:00 am. Case Management Statement due January 16, 2020.
17       6.    The parties also request that the date for pretrial motions to be heard be continued to
18   February 20, 2020.

19       7.    This is the parties' fourth stipulation for a continuance of the Further Case
20   Management Conference and third stipulation for a continuance of the pretrial motion deadline.

| | | |
|---|---|---|
| Dated: November 14, 2019 | | BAKER BOTTS L.L.P. |

By: /s/ Jon Feldhammer
Jon Feldhammer (CA SBN 255031)

*Attorneys for REZA RAE POURIAN*

Dated: November 14, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: /s/ Amy Matchison
Amy Matchison (CA SBN 217022)
Trial Attorney, Tax Division
United States Department of Justice

*Attorneys for UNITED STATES OF AMERICA*

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | |
| 3 | Dated: 11/15/19 |

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE