UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA RAE POURIAN, <br>     Plaintiff, <br>   v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | Case No.  18-cv-04536-RS <br>            18-cv-04537-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **November 12, 2020**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **November 19, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: September 15, 2020

_____
Richard Seeborg
United States District Judge